LAW OFFICES OF
**WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)

MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
HADDAD & SHERWIN
505 17th Street
Oakland, CA 94612
(510) 452-5500
Fax: (510) 452-5510

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SPENCER, Executor of the Estate of LINDSAY C. SPENCER, WYLEY SPENCER, individually, and as successor in interest to Lindsay C. Spencer, by and through his Guardian Ad Litem, CARMEN WEST<br><br>Plaintiffs,<br><br>v.<br><br>ALTEC INDUSTRIES, Inc., PACIFIC GAS & ELECTRIC COMPANY (PG&E), a California Corporation, and DOES TWO through THIRTY, inclusive,<br><br>Defendants. | Case No. C 02-00849 VRW<br><br>Hon. Vaughn R. Walker<br><br>**STIPULATION AND [PROPOSED] ORDER RE: RECORDS OF THE ALAMEDA COUNTY CORONER'S BUREAU** |

All parties to this lawsuit, by and through their respective attorneys, stipulate that examination and copying of all x-ray films and photographs of Lindsay Charles Spencer, deceased, and photographs of the scene of the accident, in possession or control of the Alameda County Coroner's Bureau, are necessary for discovery and trial in this case. The parties

1  respectfully request that this Court find good cause to order production of these x-ray films and
2  photographs by the Alameda County Coroner's Bureau for the parties' inspection and copying.
3  The parties have provided notice of this request to the District Attorney's Office of Alameda
4  County pursuant to California Code of Civil Procedure § 129, and the District Attorneys' office
5  has stated no objection to this request.

6  Dated: January 4, 2006                        HADDAD & SHERWIN

                                                 /s/ Michael J. Haddad
                                                 MICHAEL J. HADDAD
                                                 Attorneys for Plaintiffs

   Dated: January 5, 2006                        WALKUP, MELODIA, KELLY,
                                                  WECHT & SCHOENBERGER


                                                 /s/ Khaldoun A. Baghdadi
                                                 KHALDOUN A. BAGHDADI
                                                 Attorneys for Plaintiffs

   Dated: January 4, 2006                        MORGENSTEIN & JUBELIRER


                                                 /s/ Bita Karabian
                                                 BITA KARABIAN
                                                 Attorneys for Defendant
                                                 Altec Industries, Inc.

   Dated: January 4, 2006                        JONES & DYER


                                                 /s/ Gregory F. Dyer
                                                 GREGORY F. DYER
                                                 Attorneys for Defendant
                                                 PG&E

/ / /
/ / /
/ / /

2

STIPULATION AND [PROPOSED] ORDER RE: RECORDS OF THE ALAMEDA COUNTY CORONER'S BUREAU
CASE NO. C 02-00849 VRW

LAW OFFICES OF
WALKUP, MELODIA, KELLY
WECHT & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

1 **ORDER**

2  THIS COURT hereby finds Good Cause to order the Alameda County Coroner's Bureau to

3 produce all x-ray films and photographs of Lindsay Charles Spencer, deceased, and photographs

4 of the scene of the accident, for inspection and copying by the parties in this case.

5  PURSUANT TO STIPULATION OF ALL PARTIES, IT IS SO ORDERED.

6

7 Dated: January 17, 2006

8 HON. VAUGHN R. WALKER
UNITED STATES DISTRICT COURT JUDGE



STIPULATION AND [PROPOSED] ORDER RE: RECORDS OF THE ALAMEDA COUNTY CORONER'S BUREAU
CASE NO. C 02-00849 VRW

LAW OFFICES OF
WALKUP, MELODIA, KELLY
WECHT & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210