Charles A. Longo, Esq.
State Bar # 79120
**BROWNWOOD, CHAZEN & CANNON**
525 "B" Street, Suite 1300
San Diego, CA 92101
Telephone: (619) 744-6800
Facsimile: (619) 744-6814

Attorneys for Intervenor, LIBERTY MUTUAL FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SPENCER, Executor of the Estate of LINDSAY C. SPENCER, WYLEY SPENCER, individually, and as successor in interest to Lindsay C. Spencer, by and through his Guardian Ad Litem, CARMEN WEST,<br><br>Plaintiffs,<br><br>v.<br><br>ALTEC INSUSTRIES, Inc., PACIFIC GAS & ELECTRIC COMPANY (PG&E), a California Corporation, and DOES TWO through Thirty, inclusive,<br><br>Defendants.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Intervenor,<br><br>v.<br><br>ALTEC INSUSTRIES, Inc., PACIFIC GAS & ELECTRIC COMPANY (PG&E), a California Corporation, and DOES 1 through 25, inclusive,<br><br>Defendants-in-intervention. | CASE NO. C02-00849 VRW<br><br>**APPLICATION FOR AN ORDER GRANTING LEAVE TO FILE A COMPLAINT IN INTERVENTION**<br><br>IT IS SO ORDERED<br>Judge Vaughn R Walker<br><br>March 24, 2006 |

///

1
APPLICATION FOR AN ORDER GRANTING LEAVE TO FILE A COMPLAINT IN INTERVENTION

1  LIBERTY MUTUAL FIRE INSURANCE COMPANY ("INTERVENOR"), pursuant to
2  Federal Rules of Civil Procedure rule 24(a) and California Labor Code § 3852, applies to this Court
3  for an order granting leave to file a complaint in intervention in the above captioned matter.
4  A copy of the Complaint-in-Intervention is attached hereto and is served herewith.

5  Dated: March 15, 2006

BROWNWOOD, CHAZEN & CANNON

By _____
Charles A. Longo, Esq.
Attorneys for Intervenor, LIBERTY
MUTUAL FIRE INSURANCE
COMPANY

Spencer / Liberty Mutual v. Altec Industries, Inc., et al.
San Francisco Superior Court Case No. C02-00849 VRW

DECLARATION OF SERVICE [C.C.P. § 1013A, C.R.C. §§ 2003, 2008]

I am a citizen of the United States over the age of eighteen years and not a party to or interested in the within entitled cause. I am an employee of BROWNWOOD, CHAZEN & CANNON. My business address is 525 B Street, Suite 1300, San Diego, California 92101. I am readily familiar with the business practice for collection and processing of correspondence. On this date I caused to be served the following document(s):

**APPLICATION FOR AN ORDER GRANTING LEAVE TO FILE A COMPLAINT IN INTERVENTION;**

☒ MAIL: by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid in the United States Post Office at San Diego, California, addressed as set forth below
☐ FACSIMILE: by causing a true copy thereof to be telecopied to the party at the facsimile number as set forth below. The facsimile machine I used complied with rule 2003(3) and no error was reported by the machine. Pursuant to rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration
☐ PERSONAL DELIVERY: by causing to be hand delivered, a true copy thereof to the person at the address below.
☐ UNITED PARCESL SERVICE (UPS): by placing a true copy thereof enclosed in a sealed UPS Next Day Air envelope with postage fully prepaid at a facility regularly maintained by UPS, addressed as set forth below.

Gregory F. Dyer Esq.                               Attorney for Pacific Gas & Electric
Jones & Dyer
1800 J Street
Sacramento, CA 95814

916-552-5959
916-442-5959- fax

Jeffrey R. Williams, Esq.                          Attorney for Altec Industries, Inc.
Jason R. Houghton, Esq.
Bita Abdollahi Karabian, Esq.
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105

415-910-8700
415-910-8701- fax

| | |
|---|---|
| Michael J. Haddad Esq.<br>Julia Sherwin Esq.<br>Haddad & Sherwin<br>505 17th St.<br>Oakland, CA 94612<br><br>510-452-5500<br>510-452-5510- fax | Attorney for Plaintiff, Richard R. Spencer |
| David F. Mangini Esq.<br>Sedgwick, Detert, Moran & Arnold<br>One Embarcadero Center, 16th Floor<br>San Francisco, CA 94111-3628<br><br>415-781-7900<br>- fax | Attorney for Pacific Gas & Electric |
| Khaldoun Baghdadi, Esq.<br>Walkup, Melodia, Kelly & Echeverria<br>650 California St., 26th floor<br>San Francisco, CA 94108<br><br>415-981-7210<br>- fax | Attorney for Plaintiff, Richard R. Spencer |

☐ State: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ Federal: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on March 21, 2006, at San Diego, California.

*/s/ Jacquelyn A. Ayers*
Jacquelyn A. Ayers