UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD R. SPENCER, Executor of the Estate of LINDSAY C. SPENCER,<br><br>      Plaintiff(s),<br><br>  v.<br><br>ALTEC INDUSTRIES, INC.,<br><br>      Defendant(s). | No. C02-0849 VRW (BZ)<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

You are hereby notified that the settlement conference presently scheduled for Thursday, July 20, 2006, at 9:00 a.m. is **continued** to **Tuesday, August 22, 2006 at 9:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The previous settlement conference order otherwise remains in full force and effect. Settlement conference statements are due seven (7) days prior to the settlement conference.

Dated: July 7, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.06\SPENCER.RSH

1