LAW OFFICES OF
**WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)

MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, CA 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SPENCER, Executor of the Estate of LINDSAY C. SPENCER, WYLEY SPENCER, individually, and as successor in interest to Lindsay C. Spencer, by and through his Guardian Ad Litem, CARMEN WEST<br><br>Plaintiffs,<br><br>v.<br><br>ALTEC INDUSTRIES, Inc., PACIFIC GAS & ELECTRIC COMPANY (PG&E), a California Corporation, and DOES TWO through THIRTY, inclusive,<br><br>Defendants. | Case No. C 02-00849 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES** |

    The parties to the above-captioned matter, by and through their attorneys of record, hereby stipulate and respectfully request an order of the Court extending expert discovery deadlines as follows:

    Rather than the current disclosure date of July 14, 2006, expert reports will now be served on or before July 31, 2006. Discovery from experts will be concluded by September 22, 2006.

1

All other pretrial orders made at the Case Management Conference on March 7, 2006 remain in effect.

It is so stipulated,

Dated: July 7, 2006        MORGENSTEIN & JUBELIRER

/s/ Jeffrey R. Williams
JEFFREY R. WILLIAMS
Attorneys for Defendant
Altec Industries, Inc.

Dated: July 7, 2006        JONES & DYER

/s/ Gregory F. Dyer
GREGORY F. DYER
Attorneys for Defendant
PG&E

Dated: July 7, 2006        BROWNWOOD, CHAZEN & CANNON

/s/ Charles A. Longo
CHARLES A. LONGO
Attorneys for Intervenor
Liberty Mutual Fire Insurance Company

Dated: July 7, 2006        WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER

/s/ Khaldoun A. Baghdadi
KHALDOUN A. BAGHDADI
Attorneys for Plaintiffs

/ / /

/ / /

/ / /

/ / /

/ / /

LAW OFFICES OF
WALKUP, MELODIA, KELLY
WECHT & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES
CASE NO. C 02-00849 VRW

1 | Dated: July 7, 2006 HADDAD & SHERWIN

/s/ Michael J. Haddad
MICHAEL J. HADDAD
Attorneys for Plaintiffs

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:   July 20, 2006

_____
The Honorable Vaughn R. Walker
Chief Judge
UNITED STATES DISTRICT COURT