MORGENSTEIN & JUBELIRER LLP
JEFFREY R. WILLIAMS (CSB #84156)
BITA A. KARABIAN (CSB #197539)
WILSON K. PARK (CSB #239527)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendant
ALTEC INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD R. SPENCER, executor of the Estate of Lindsay C. Spencer, WYLEY SPENCER, individually, and as successor in interest to Lindsay C. Spencer, by and through his guardian ad litem, CARMEN WEST,<br><br>          Plaintiffs,<br><br>   v.<br><br>ALTEC INDUSTRIES, INC., PACIFIC GAS & ELECTRIC COMPANY (PG&E), and DOES TWO THROUGH THRITY, inclusive,<br><br>          Defendants. | Case No.:  C02-00849 VRW<br><br>***AMENDED*** STIPULATION AND [~~PROPOSED~~] ORDER TO STAY PENDING SETTLEMENT |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>          Intervenor,<br><br>   v.<br><br>ALTEC INDUSTRIES, INC., PACIFIC GAS & ELECTRIC COMPANY (PG&E), and DOES 1 THROUGH 25, inclusive,<br><br>          Defendants in Intervention. | |

///

///

1. Following a settlement conference on August 22, 2006, the plaintiffs reached settlements with defendants Altec Industries, Inc. ("Altec") and Pacific Gas & Electric Company ("PG&E").

2. These settlements are contingent upon plaintiffs settling a lien held by intervenor Liberty Mutual Fire Insurance Company ("Liberty Mutual"). The parties anticipate that plaintiffs will resolve this lien with Liberty Mutual by September 5, 2006.

3. In view of the foregoing, the parties, by and through their attorneys of record, hereby stipulate to a 30 day stay of this matter in order to avoid incurring the cost and expense of expert discovery and trial preparation.

4. In the event the settlement contingency is not removed within 30 days, the parties will promptly notify the Court and submit a proposed revised scheduling order.

DATED: August 31, 2006          MORGENSTEIN & JUBELIRER LLP

                                By _____
                                Bita A. Karabian
                                Attorneys for Defendant Altec Industries, Inc.

DATED: August ___, 2006         JONES & DYER

                                By _____
                                Gregory F. Dyer
                                Attorneys for Defendant PG&E

DATED: August ___, 2006         By _____
                                Charles A. Longo
                                Attorneys for Intervenor Liberty Mutual Fire Insurance Company

DATED: August ___, 2006         By _____
                                Khaldoun A. Baghdadi
                                Attorney for Plaintiffs

- 2 -

STIPULATION AND [PROPOSED] ORDER TO STAY EXPERT DISCOVERY PENDING SETTLEMENT (Case No.: C02-00849 VRW)

00343.00006
628530.1

1. Following a settlement conference on August 22, 2006, the plaintiffs reached settlements with defendants Altec Industries, Inc. ("Altec") and Pacific Gas & Electric Company ("PG&E").

2. These settlements are contingent upon plaintiffs settling a lien held by intervenor Liberty Mutual Fire Insurance Company ("Liberty Mutual"). The parties anticipate that plaintiffs will resolve this lien with Liberty Mutual by September 5, 2006.

3. In view of the foregoing, the parties, by and through their attorneys of record, hereby stipulate to a 30 day stay of this matter in order to avoid incurring the cost and expense of expert discovery and trial preparation.

4. In the event the settlement contingency is not removed within 30 days, the parties will promptly notify the Court and submit a proposed revised scheduling order.

DATED: August _____, 2006          MORGENSTEIN & JUBELIRER LLP

                                    By _____
                                       Bita A. Karabian
                                       Attorneys for Defendant Altec Industries, Inc.

DATED: August 21, 2006              JONES & DYER

                                    By _____
                                       Gregory F. Dyer
                                       Attorneys for Defendant PG&E

DATED: August _____, 2006          By _____
                                       Charles A. Longo
                                       Attorneys for Intervenor Liberty Mutual Fire Insurance Company

DATED: August _____, 2006          By _____
                                       Khaldoun A. Baghdadi
                                       Attorney for Plaintiffs

00343.00006
628530.1

- 2 -
STIPULATION AND [PROPOSED] ORDER TO STAY EXPERT DISCOVERY PENDING SETTLEMENT
(CASE No.: C02-00849 VRW)

1.  Following a settlement conference on August 22, 2006, the plaintiffs reached settlements with defendants Altec Industries, Inc. ("Altec") and Pacific Gas & Electric Company ("PG&E").

2.  These settlements are contingent upon plaintiffs settling a lien held by intervenor Liberty Mutual Fire Insurance Company ("Liberty Mutual"). The parties anticipate that plaintiffs will resolve this lien with Liberty Mutual by September 5, 2006.

3.  In view of the foregoing, the parties, by and through their attorneys of record, hereby stipulate to a 30 day stay of this matter in order to avoid incurring the cost and expense of expert discovery and trial preparation.

4.  In the event the settlement contingency is not removed within 30 days, the parties will promptly notify the Court and submit a proposed revised scheduling order.

DATED: August _____, 2006             MORGENSTEIN & JUBELIRER LLP

                                      By _____
                                         Bita A. Karabian
                                         Attorneys for Defendant Altec Industries, Inc.

DATED: August _____, 2006             JONES & DYER

                                      By _____
                                         Gregory F. Dyer
                                         Attorneys for Defendant PG&E

DATED: August 25, 2006                By /s/ Charles A. Longo
                                         Charles A. Longo
                                         Attorneys for Intervenor Liberty Mutual
                                         Fire Insurance Company

DATED: August _____, 2006             By _____
                                         Khaldoun A. Baghdadi
                                         Attorney for Plaintiffs

00343.00005
628530.1
- 2 -

STIPULATION AND [PROPOSED] ORDER TO STAY EXPERT DISCOVERY PENDING SETTLEMENT
(CASE No.: C02-00849 VRW)

1. Following a settlement conference on August 22, 2006, the plaintiffs reached settlements with defendants Altec Industries, Inc. ("Altec") and Pacific Gas & Electric Company ("PG&E").

2. These settlements are contingent upon plaintiffs settling a lien held by intervenor Liberty Mutual Fire Insurance Company ("Liberty Mutual"). The parties anticipate that plaintiffs will resolve this lien with Liberty Mutual by September 5, 2006.

3. In view of the foregoing, the parties, by and through their attorneys of record, hereby stipulate to a 30 day stay of this matter in order to avoid incurring the cost and expense of expert discovery and trial preparation.

4. In the event the settlement contingency is not removed within 30 days, the parties will promptly notify the Court and submit a proposed revised scheduling order.

DATED: August _____, 2006          MORGENSTEIN & JUBELIRER LLP


                                   By _____
                                       Bita A. Karabian
                                       Attorneys for Defendant Altec Industries,
                                       Inc.

DATED: August _____, 2006          JONES & DYER


                                   By _____
                                       Gregory F. Dyer
                                       Attorneys for Defendant PG&E


DATED: August _____, 2006          By _____
                                       Charles A. Longo
                                       Attorneys for Intervenor Liberty Mutual
                                       Fire Insurance Company

DATED: August 29, 2006             By _____
                                       Khaldoun A. Baghdadi
                                       Attorney for Plaintiffs

-2-

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: _____September 6_____, 2006

_____
The Honorable Vaughn R. Walker
Chief Judge
United States District Court

MORGENSTEIN & JUBELIRER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

00343.00006
628530.1

- 3 -

STIPULATION AND [PROPOSED] ORDER TO STAY EXPERT DISCOVERY PENDING SETTLEMENT (Case No.: C02-00849 VRW)