UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD R. SPENCER, Executor of the Estate of Lindsay C. Spencer,<br><br>    Plaintiff(s),<br><br>  v.<br><br>ALTEC INDUSTRIES, INC., et al.,<br><br>    Defendant(s). | No. C02-0849 VRW (BZ)<br><br>**ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that a further settlement conference between plaintiffs and plaintiff in intervention, Liberty Mutual, is scheduled for **Thursday, October 26, 2006 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  The other defendants need not attend.  Liberty shall be represented by Mr. Longo and by a representative with full authority to settle the lien.  A person who needs to call another person not present in court before accepting,

1

rejecting or making any settlement offer does not have full authority.

Dated: October 5, 2006

                                                  /s/ Bernard Zimmerman
                                                  Bernard Zimmerman
                                        United States Magistrate Judge

G:\BZALL\-REFS\REFS.06\SPENCER.SETTING FURTHER SETT.CONF..wpd