LAW OFFICES OF
**WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)

MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, CA  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SPENCER, Executor of the Estate of LINDSAY C. SPENCER, WYLEY SPENCER, individually, and as successor in interest to Lindsay C. Spencer, by and through his Guardian Ad Litem, CARMEN WEST<br><br>Plaintiffs,<br><br>v.<br><br>ALTEC INDUSTRIES, Inc., PACIFIC GAS & ELECTRIC COMPANY (PG&E), a California Corporation, and DOES TWO through THIRTY, inclusive,<br><br>Defendants. | Case No. C 02-00849 VRW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND STAY PENDING SETTLEMENT** |

    1.    Following a settlement conference on August 22, 2006, the plaintiffs reached settlements with defendants Altec Industries, Inc. ("Altec") and Pacific Gas & Electric Company ("PG&E").

    2.    These settlements are contingent upon plaintiffs settling a lien held by intervenor Liberty Mutual Fire Insurance Company ("Liberty Mutual").  Intervening Plaintiff Liberty Mutual

1

1  responded to Plaintiff Spencer's settlement proposal this week.  These parties are going to require
2  additional assistance from Judge Zimmerman if they are to settle this remaining lien claim.  Judge
3  Zimmerman has ordered a conference call with the parties for Thursday, October 5, 2006 at 11:30
4  am.  Additional negotiations may be necessary.

5     3. In view of the foregoing, the parties, by and through their attorneys of record,
6  hereby stipulate to a 60 day stay of this matter in order to avoid incurring the cost and expense of
7  expert discovery and trial preparation.

8     4. In the event the settlement contingency is not removed within 60 days, the parties
9  will promptly notify the Court and submit a proposed revised scheduling order.

Dated:  October 6, 2006     MORGENSTEIN & JUBELIRER LLP

/s/ Bita A. Karabian
BITA A. KARABIAN
Attorneys for Defendant Altec Industries, Inc.

Dated:  October 5, 2006     JONES & DYER

/s/ Kristen K. Preston
GREGORY F. DYER
KRISTEN K. PRESTON
Attorneys for Defendant PG&E

Dated:  October 6, 2006     BROWNWOOD, CHAZEN & CANNON

/s/ Charles A. Longo
CHARLES A. LONGO
Attorneys for Intervenor Liberty Mutual Fire
Insurance Company

/ / /
/ / /
/ / /

LAW OFFICES OF
WALKUP, MELODIA, KELLY
WECHT & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND STAY PENDING SETTLEMENT
CASE NO. C 02-00849 VRW

| | |
|---|---|
| Dated: October 6, 2006 | WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER |

/s/ Khaldoun A. Baghdadi
KHALDOUN A. BAGHDADI
Attorneys for Plaintiffs

| | |
|---|---|
| Dated: October 5, 2006 | HADDAD & SHERWIN |

/s/ Michael J. Haddad
MICHAEL J. HADDAD
Attorneys for Plaintiffs

## [~~PROPOSED~~] ORDER

BY STIPULATION OF THE PARTIES IT IS SO ORDERED.

DATED: October 11, 2006

_____
The Honorable Vaughn R. Walker
Chief Judge
United States District Court

LAW OFFICES OF
WALKUP, MELODIA, KELLY
WECHT & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND STAY PENDING SETTLEMENT
CASE NO. C 02-00849 VRW