MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, CA 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs

KHALDOUN A. BAGHDADI (State Bar No. 190111)
MICHAEL A KELLY (State Bar No. 71460)
WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, California 94108-2702
Telephone: (415) 981-7210
Fax: (415) 391-6965

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD R. SPENCER, Executor of the Estate of LINDSAY C. SPENCER, and CARMEN WEST, Guardian Ad Litem for WYLEY SPENCER, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>ALTEC INDUSTRIES, INC., PACIFIC GAS & ELECTRIC COMPANY (PG&E), a California Corporation, and DOES 2-30, jointly and severally,<br><br>Defendants. | No. C 02-0849 VRW (BZ)<br><br>Hon. Vaughn R. Walker<br><br>**NOTICE OF SETTLEMENT OF ALL CLAIMS BY ALL PARTIES, AND REQUEST FOR CANCELLATION OF SETTLEMENT CONFERENCE** |

No. C 02-0849 VRW: NOTICE OF CASE SETTLEMENT     1

**TO THE COURT AND ALL PARTIES OF RECORD:**

Plaintiffs RICHARD R. SPENCER, Executor of the Estate of LINDSAY C. SPENCER, and CARMEN WEST, Guardian Ad Litem for WYLEY SPENCER, a minor, by and through their attorneys, Haddad & Sherwin, hereby notify the Court and all parties that all parties to this action have now agreed to settle all claims herein.

Plaintiff accordingly requests that the Honorable Bernard Zimmerman cancel the settlement conference currently scheduled for Thursday, October 26, 2006.

Plaintiff will file a petition to approve the compromise of minor's claims before the Honorable Vaughn R. Walker.

DATED: October 24, 2006

                        HADDAD & SHERWIN

                        /S/_____
                        MICHAEL J. HADDAD
                        Attorneys for Plaintiffs



IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: October 25, 2006

THE SETTLEMENT CONFERENCE SCHEDULED FOR OCTOBER 26, 2006 IS VACATED.

No. C 02-0849 VRW: NOTICE OF CASE SETTLEMENT     2